Filed         19-CI-00009    01/18/2019         Kimberly Duncan, Lyon Circuit Clerk

NOT ORIGINAL DOCUMENT
02/28/2019 08:57:17 AM
86537

COMMONWEALTH OF KENTUCKY
LYON CIRCUIT COURT
CIVIL ACTION NO. 19-CI-\_\_\_\_\_
DIVISION \_\_\_\_\_
*Electronically filed*

KENNETH R. DILL                                                                               PLAINTIFF

v.

CARLOS RODOLFO SAN ROMAN
    Serve via Kentucky Secretary of State:
        Carlos Rodolfo San Roman
        7001 Casa Loma Circle
        El Paso, TX 79912

KNM TRANSPORT, INC.                                                                        DEFENDANTS
    Serve via Kentucky Secretary of State:
        KNM Transport, Inc.
        c/o Highest Ranking Officer
        10244 Valle Rubio Drive
        Socorro, TX 79927

## COMPLAINT

      The Plaintiff, Kenneth R. Dill, for their Complaint against the Defendants, Carlos Rodolfo San Roman and KNM Transport, Inc., states as follows:

### PARTIES

    1.    The Plaintiff, Kenneth R. Dill, is a resident of the State of Florida, residing at 8645 Vista Pine Court, Orlando, Florida 32836-6307.

    2.    The Defendant, Carlos Rodolfo San Roman, is a resident of the State of Texas, residing at 7001 Casa Loma Circle, El Paso, TX 79912-0000.

    3.    The Defendant, KMN Transport, Inc., is a Texas corporation, whose principal office address is 11491 Darrington Road, Suite A, Horizon, TX 79928.

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000001 of 000004

Filed 19-CI-00009 01/18/2019 Kimberly Duncan, Lyon Circuit Clerk

NOT ORIGINAL DOCUMENT
02/28/2019 08:57:17 AM
86537

4. The incident which forms the basis of this litigation occurred on June 23, 2017, in Kuttawa, Lyon County, Kentucky.

5. The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

## COUNT I
## COMMON LAW NEGLIGENCE

6. On or about June 23, 2017, in Kuttawa, Lyon County, Kentucky, a vehicle negligently operated and/or maintained by Defendants, Carlos Rodolfo San Roman and KMN Transport Inc., collided with a vehicle owned and operated by Kenneth R. Dill.

7. The collision referred to in Paragraph 6 was the result of negligence of the Defendants.

8. As a result of the collision referred to in Paragraph 6, Kenneth R. Dill suffered severe and permanent injuries.

9. As a direct and proximate result of the negligence and carelessness of Defendants, as heretofore alleged, the Plaintiff, Kenneth R. Dill, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

   (a) Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

   (b) Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   (c) Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000002 of 000004

Filed 19-CI-00009 01/18/2019 Kimberly Duncan, Lyon Circuit Clerk

Filed          19-CI-00009     01/18/2019          Kimberly Duncan, Lyon Circuit Clerk
                                                                        NOT ORIGINAL DOCUMENT
                                                                        02/28/2019 08:57:17 AM
                                                                        86537

(d)     Plaintiff has incurred lost wages and his ability to earn income has been impaired in a sum to be determined by a jury sitting in the trial of this matter.

## COUNT II
### STATUTORY NEGLIGENCE

10.     Defendants' actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

11.     The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendants' violation of these statutes.

12.     As a direct and proximate result of Defendants' violations of Kentucky law, Plaintiff sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Kenneth R. Dill, demands judgment against Defendants, Carlos Rodolfo San Roman and KMN Transport Inc., as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and

E. For any and all other relief to which the Plaintiff is entitled.

Presiding Judge: HON. C.A. WOODALL (656279)

COM : 000003 of 000004

Filed          19-CI-00009     01/18/2019          Kimberly Duncan, Lyon Circuit Clerk

Filed 19-CI-00009 01/18/2019 Kimberly Duncan, Lyon Circuit Clerk

NOT ORIGINAL DOCUMENT
02/28/2019 08:57:17 AM
86537

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified pursuant to KRS 411.188(2) are as follows: Conduent Payment Integrity Solutions, ATTN: Subrogation, P.O. Box 5025, Des Plaines, IL 60117 and Medicare, P.O. Box 138897, Oklahoma City, OK 73113.

**RESPECTFULLY** submitted this 18th day of January, 2019.

/s/ Kelli Lester
KELLI LESTER
Morgan & Morgan Kentucky, PLLC
360 E 8th Avenue Suite 305
Bowling Green, KY 42101
Telephone: (270) 495-6801
Facsimile: (270) 495-6830
klester@forthepeople.com